Thomas Ferguson, an Infant, by Charles Ferguson, His Guardian ad Litem, Appellant, *v.* Helen Payne, Defendant, and Ernest Megerell, as Trustee of Lee School District No. 4, Respondent.

Argued October 7, 1953; decided October 22, 1953.

*Harold H. Hymes* for appellant.

*Thomas S. Kernan* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of ARNOLD H. MARKS et al., Appellants, against REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Argued October 6, 1953; decided October 22, 1953.